# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER R. FITZGERALD,** | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-3842 |
| **TRANS UNION, LLC,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of January, 2018, upon consideration of the Motion to Dismiss by Defendants Penn Liberty Bank and WSFS Bank (Doc. No. 11) and the Response of Plaintiff Peter R. Fitzgerald (Doc. No. 15), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Moving Defendants Motion to Dismiss Count I of the Complaint is **DENIED**; and

2. Moving Defendants Motion to Dismiss Count II of the Complaint is **GRANTED** and Count II is **DISMISSED** as alleged against Defendants Penn Liberty Bank and WSFS Bank.

                                                           **BY THE COURT:**

                                                           /s/ Mitchell S. Goldberg

                                                           **MITCHELL S. GOLDBERG, J.**